IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SCOTT LOGAN**                                                               **PLAINTIFF**

V.                      **CASE NO. 3:22-CV-3057**

**CARROLL COUNTY DETENTION
CENTER STAFF**                                           **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 25) filed in this case on March 24, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends that the case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) and under Local Rule 5.5(c)(2), due to Plaintiff's failure to comply with multiple court orders and failure to prosecute this action diligently.

As noted in the R&R, the Court has given Plaintiff multiple opportunities to file an adequate pleading that names defendants subject to suit and states cognizable claims. At every turn, Plaintiff has failed to respond to orders on time and failed to amend his pleadings to comply with the Court's instructions. On January 19, 2023, the Court entered an order stating that the Second Amended Complaint was still deficient. The Court gave him until February 9 to file a third amended complaint to correct the deficiency. When Plaintiff failed to comply with that order, the Court issued a show cause order on February 17, giving Plaintiff a deadline of March 10 to explain why he failed to file a third amended complaint and failed to comply with earlier orders. Rather than file a third amended complaint or otherwise respond to the order to show cause, Plaintiff did nothing.

1

On March 24, Magistrate Judge Ford issued the R&R recommending dismissal of the case.

Plaintiff did not file an objection to the R&R, nor did he explain why he failed to meet prior Court deadlines.   Instead, on April 6, he filed a third amended complaint (Doc. 26).   The Clerk of Court is **DIRECTED TO STRIKE IT** for the following reasons: (1) the document was filed more than two months after the Court's amended pleading deadline and more than one month after the deadline to respond to the order to show cause; (2) Plaintiff did not seek leave to file the third amended complaint out of time; and (3) Plaintiff did not offer any reasons to justify his extreme delay in filing the third amended pleading.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**.   The case is **DISMISSED WITHOUT PREJUDICE** for failure to diligently prosecute the case and obey the orders of the Court.

**IT IS SO ORDERED** on this 14th day of April, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2